IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

```
KENNETH BURNS,               )
                             )
Petitioner,                  )
                             )
    v.                       )    NO. 3:07-CV-459
                             )
STATE OF INDIANA,            )
                             )
Respondent.                  )
```

## OPINION AND ORDER

This matter is before the Court *sua sponte*. On September 26, 2007, the petitioner, Kenneth Burns filed a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (D.E. # 1) challenging a conviction and sentence imposed by Lake County Superior Court. The petitioner asserts that he pled guilty to "dealing in cocaine" and was sentenced to seven years imprisonment on October 25, 2006. The petitioner has not appealed his conviction.

Rule 4 of the Rules Governing Section 2254 Cases requires dismissal of a petition if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." A petitioner is not entitled to relief in the district court if, among other things, the applicant fails to exhaust the remedies available in the courts of the State. 28 U.S.C. § 2254 (b)(1)(A).

Here, petitioner has not appealed to the Indiana Court of Appeals or the Indiana Supreme Court. This failure to exhaust state remedies is fatal to his petition. *O'Sullivan v. Boerckel,* 526 U.S. 838, 842-47 (1999). Accordingly, the Court **DISMISSES** the petition **without prejudice** with the right to re-file it after he has exhausted his state court remedies.

**DATED: October 11, 2007**          /s/ RUDY LOZANO, Judge
                                     **United States District Court**